## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PENNSYLVANIA LIQUOR CONTROL BOARD,

          Petitioner

          v.

3B PAIN MANAGEMENT (BUREAU OF WORKERS' COMPENSATION FEE REVIEW HEARING OFFICE),

          Respondent

: No. 18 MAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.